IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
|     **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION to comply with Plaintiffs' FOIA requests and produce documents about the removal of Presidential records—including classified records—from the White House to Mar-a-Lago, potentially in violation of federal law. In violation of FOIA, Defendant has failed to issue a determination for the expedited requests and has failed to produce all responsive records.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories

a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 23, 2022 FOIA REQUEST (COMMUNICATIONS)

7. On August 23, 2022, Plaintiffs submitted a FOIA request to NARA for the following records:

> Emails, text messages, letters, memos, sent and received by former NARA Director David Ferriero, Acting Director Debra Wall, and NARA counsel Gary Stern, and officials at the Department of Justice Office of Legal Counsel, DOJ's National Security Division, the Office of the attorney General, the White House Counsel's Office relating or referring to the Presidential Records Act, Federal Records Act, Executive Privilege, the Trump White House and records stored at Mar-a-Lago that were recovered by NARA after former President Donald Trump left office. The timeframe for this request is January 20, 2021 through the date the search for responsive records is conducted.

A true and correct copy of the FOIA request is attached as Exhibit 1.

8. Plaintiffs sought expedited processing for the request.

9. On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-806 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 2.

10. On September 8, 2022, NARA granted expedited processing for the request.[1] A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 3.

11. On October 3, 2022, NARA released some records on its reading room, but they do not fully satisfy the request. *See* https://www.archives.gov/foia/15boxes.

12. NARA stated that it made a "discretionary decision" to release 65 pages of records out of the 1,612 pages of records it processed. A true and correct copy of NARA's October 3, 2022 interim response is attached as Exhibit 4.

13. NARA did not indicate how many pages remain to be processed nor when it estimates to be completed with the processing.

14. NARA stated that it will "reach out" to Plaintiffs when it "completes processing of the other records."

15. NARA asserted Exemptions 5, 6, 7A, 7C, and/or 7E to withhold over 1,500 pages of records.

16. As of the date of this filing, NARA has not fully complied with FOIA and failed to produce all non-exempt records responsive to the request.

**AUGUST 25, 2022 FOIA REQUEST (PUBLIC STATEMENTS)**

17. On August 25, 2022, Plaintiffs submitted a FOIA request to NARA for the following records:

> [1] All records, such as talking points, emails (including attachments), memos, letters, text messages, relating to the drafting by the Archives of a statement the Archives released on Friday, August 12, 2022, apparently in response to former President Donald Trump's claim on his social media platform Truth Social, that former President Obama "kept 33 million pages of documents, much of them classified" and that they were

---

[1] NARA issued a single letter granting expedited processing to two requests, which were submitted separately. Of those two, only NGC22-806 is at issue in this case.

> "taken to Chicago by President Obama." NARA's statement went on to say it had "exclusive legal and physical custody" of former President Obama's presidential records when he left office in 2017 and that "about 30 million pages of unclassified records were transferred to a NARA facility in the Chicago area and that they continue to be maintained "exclusively by NARA." "As required by the [Presidential Records Act], former President Obama has no control over where and how NARA stores the Presidential records of his Administration," the statement said[;]
>
> [2] All records, such as emails, memos, letters, text messages, mentioning or referring to social media posts by former President Donald Trump alleging that former President Barack Obama took 33 million pages of records with him to his home in Chicago when he left office in 2017.

A true and correct copy of the FOIA request is attached as Exhibit 5.

18. Plaintiffs sought expedited processing for the request.

19. On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-837 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 6.

20. On September 8, 2022, NARA granted expedited processing for the request.[2] A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 7.

21. As of the date of this filing, NARA has not issued a determination for the request.

22. As of the date of this filing, NARA has failed to produce records responsive to the request.

### AUGUST 25, 2022 FOIA REQUEST (JOHN SOLOMNON)

23. On August 25, 2022, Plaintiffs submitted a FOIA request to NARA for "[a]ll emails, including attachments, all letters, memos, talking points and text messages, sent and received by former Archivist David Ferriero mentioning or referring to: Mar-a-Lago, Presidential

---

[2] NARA issued a single letter granting expedited processing to three requests, which were submitted separately. Of those three, only NGC22-837 and NGC22-838 are at issue in this case.

Records Act, PRA, Donald Trump, Kash Patel, John Solomnon, classified and top-secret records." Plaintiffs limited the timeframe of the request to January 20, 2021, through May 1, 2022. A true and correct copy of the FOIA request is attached as Exhibit 8.

24. Plaintiffs sought expedited processing for the request.

25. On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-838 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 9.

26. On September 8, 2022, NARA granted expedited processing for the request.[3] A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 7.

27. As of the date of this filing, NARA has not issued a determination for the request.

28. As of the date of this filing, NARA has failed to produce records responsive to the request.

## AUGUST 27, 2022 FOIA REQUEST (FALLOUT)

29. On August 27, 2022, Plaintiffs submitted a FOIA request to NARA for the following records:

> [1] All records mailed, emailed, transcribed, found on social media, which also includes any audio recordings such as voicemail messages, documenting threats leveled against NARA, its personnel and archivists, including acting Archivist Debra Steidel Wall by members of the public relating or referring to the agency's role in the retrieval of presidential records from Mar-a-Lago and the FBI search of the location. These messages from the public would include messages accusing the agency and its personnel of "corruption and conspiring against the former President [Donald Trump]..." NARA may remove any personally identifiable information from the responsive records it processes;

---

[3] NARA issued a single letter granting expedited processing to three requests, which were submitted separately. Of those three, only NGC22-837 and NGC22-838 are at issue in this case.

[2] The same types of records in which member of the public have sent letters, emails, left voicemail messages, congratulating NARA, its personnel and archivists, including acting Archivist Debra Steidel Wall for "bringing him [former President Donald Trump] down";

[3] Any and all responses to the threatening messages NARA had received and any referrals NARA had made to the FBI, DOJ or other law enforcement agency relating to the threats received by the agency; [and]

[4] All staff-wide messages from former Archivist David Ferriero or Acting Archivist Debra Steidel Wall disseminated to NARA personnel since January 1, 2022 mentioning or referring to the Presidential Records Act, Mar-a-Lago, FBI, Donald Trump, threats against NARA personnel.

A true and correct copy of the FOIA request is attached as Exhibit 10.

30. Plaintiffs sought expedited processing for the request.

31. On September 7, 2022, NARA acknowledged receipt and assigned reference number NGC22-845 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 11.

32. On September 8, 2022, NARA granted expedited processing for the request. A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 12.

33. As of the date of this filing, NARA has not issued a determination for the request.

34. As of the date of this filing, NARA has failed to produce records responsive to the request.

**COUNT I – AUGUST 23, 2022 FOIA REQUEST (COMMUNICATIONS), NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

35. The above paragraphs are incorporated by reference.

36. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

37. Defendant NARA is a federal agency subject to FOIA.

38. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

39. Defendant NARA has failed to issue a complete determination within the statutory deadline.

### COUNT II – AUGUST 23, 2022 FOIA REQUEST (COMMUNICATIONS), NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

40. The above paragraphs are incorporated by reference.

41. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

42. Defendant NARA is a federal agency subject to FOIA.

43. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

44. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – AUGUST 23, 2022 FOIA REQUEST (COMMUNICATIONS), NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

45. The above paragraphs are incorporated by reference.

46. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

47. Defendant NARA is a federal agency subject to FOIA.

48. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

49. Defendant NARA has failed to produce all non-exempt records responsive to the request.

## COUNT IV – AUGUST 25, 2022 FOIA REQUEST (PUBLIC STATEMENTS), NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

50. The above paragraphs are incorporated by reference.

51. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

52. Defendant NARA is a federal agency subject to FOIA.

53. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

54. Defendant NARA has failed to issue a determination within the statutory deadline.

## COUNT V – AUGUST 25, 2022 FOIA REQUEST (PUBLIC STATEMENTS), NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

55. The above paragraphs are incorporated by reference.

56. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

57. Defendant NARA is a federal agency subject to FOIA.

58. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

59. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

## COUNT VI – AUGUST 25, 2022 FOIA REQUEST (PUBLIC STATEMENTS), NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

60. The above paragraphs are incorporated by reference.

61. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

62. Defendant NARA is a federal agency subject to FOIA.

63. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

64. Defendant NARA has failed to produce records responsive to the request.

**COUNT VII – AUGUST 25, 2022 FOIA REQUEST (JOHN SOLOMNON),
NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

65. The above paragraphs are incorporated by reference.

66. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

67. Defendant NARA is a federal agency subject to FOIA.

68. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

69. Defendant NARA has failed to issue a determination within the statutory deadline.

**COUNT VIII – AUGUST 25, 2022 FOIA REQUEST (JOHN SOLOMNON),
NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

70. The above paragraphs are incorporated by reference.

71. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

72. Defendant NARA is a federal agency subject to FOIA.

73. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

74. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

**COUNT IX – AUGUST 25, 2022 FOIA REQUEST (JOHN SOLOMNON),
DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

75. The above paragraphs are incorporated by reference.

76. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

77. Defendant NARA is a federal agency subject to FOIA.

78. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

79. Defendant NARA has failed to produce records responsive to the request.

### COUNT X – AUGUST 27, 2022 FOIA REQUEST (FALLOUT)
### NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

80. The above paragraphs are incorporated by reference.

81. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

82. Defendant NARA is a federal agency subject to FOIA.

83. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

84. Defendant NARA has failed to issue a determination within the statutory deadline.

### COUNT XI – AUGUST 27, 2022 FOIA REQUEST (FALLOUT),
### NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

85. The above paragraphs are incorporated by reference.

86. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

87. Defendant NARA is a federal agency subject to FOIA.

88. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

89. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

### COUNT XII – AUGUST 27, 2022 FOIA REQUEST (FALLOUT)
### NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

90. The above paragraphs are incorporated by reference.

91. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

92. Defendant NARA is a federal agency subject to FOIA.

93. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

94. Defendant NARA has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

    i. declare that Defendant has violated FOIA;

    ii. order Defendant to conduct a reasonable search for records responsive to the requests;

    iii. order Defendant to produce all non-exempt requested records or portions of records promptly;

    iv. enjoin Defendant from withholding non-exempt public records under FOIA;

    v. award Plaintiffs attorneys' fees and costs; and

    vi. award such other relief the Court considers appropriate.

Dated: October 4, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com