**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD et al., | |
| Plaintiffs, | |
| v. | Case No. 22-cv-2999 |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order, issued January 7, 2025, the parties provide this Joint Status Report ("JSR"):

1.    This Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA) concerns four FOIA requests filed by Jason Leopold and his employer, Bloomberg L.P., seeking "documents about the removal of Presidential records—including classified records—from the White House to Mar-a-Lago" by former President Donald Trump. ECF No. 1 ¶ 1. NARA assigned the four requests the following reference numbers: NGC22-806, NGC22-837, NGC22-838, and NGC22-845. *See id.* ¶¶ 9, 19, 25, 31. NARA granted expedited processing for each request. *See id.* ¶¶ 10, 20, 26, 32.

2.    These FOIA requests are among many that NARA has received related to the retrieval of records from former President Trump. To respond most efficiently to these overlapping requests, NARA identified and processed commonly requested categories of records. When NARA completed processing a category, it simultaneously issued a common interim response to all requesters and posted any records to which it did not claim an exemption to a landing page

within NARA's online reading room, available at https://www.archives.gov/foia/15boxes. NARA completed processing the records responsive to Plaintiffs' records.

3.      As detailed in the parties' last JSR, *see* ECF No. 35, NARA completed its re-review of prior withholdings related to the retrieval of records from former President Trump at Mar-a-Lago and sent out records to the equity-holding agencies as appropriate. As NARA receives completed consultations, it will conduct a further review and issue responses to Plaintiff as appropriate. NARA seeks to produce a minimum of 500 pages a month on a rolling basis as consultations are returned until all re-reviewed pages are released. NARA intends to release the first 500 pages on Friday, February 7, 2025.

4. The parties respectfully request that they be permitted to file another joint status report on March 10, 2025, updating the Court on the status of this case.

Dated:      February 7, 2025                    Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*


MICHAEL D. GRANSTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexandra Widas*
ALEXANDRA WIDAS

2

D.C. Bar No. 1645372
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 616-8472
Alexandra.J.Widas@usdoj.gov

*Counsel for Defendant*